## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| JAKI AKAI XAVIER MAHAMMAD, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 3:10-0723 |
| | ) | Judge Trauger |
| RIVERBEND MAXIMUM SECURITY | ) | Magistrate Judge Knowles |
| INSTITUTION, RICKY BELL, SPR-Riverbend | ) | |
| Maximum Security Institution, and | ) | |
| SANDRA HALL, | ) | |
| Defendants. | ) | |

## **O R D E R**

On August 8, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 34), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendants Bell and Hall (Docket No. 18) is **GRANTED**, and all claims against these defendants are **DISMISSED WITH PREJUDICE**.

It is hereby **ORDERED** that the Clerk shall return this case to the Magistrate Judge for further handling. The court notes that there is a third defendant remaining in this case, Riverbend Maximum Institution, for whom no summons appears to have been issued.

It is so **ORDERED**.

ENTER this 30th day of August 2011.

_____
ALETA A. TRAUGER
U.S. District Judge