# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JAKI AKAI XAVIER MAHAMMAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0723 |
| | ) | Judge Trauger |
| RIVERBEND MAXIMUM SECURITY | ) | Magistrate Judge Knowles |
| INSTITUTION, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

On September 2, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 39), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that any claims asserted by the plaintiff against Riverbend Maximum Security Instituion are **DISMISSED**. All claims and defendants having now been dismissed from this case, the Clerk shall **CLOSE** this file.

It is so **ORDERED**.

ENTER this 2nd day of November 2011.

_____
ALETA A. TRAUGER
U.S. District Judge